# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| LYNDA BLUESTEIN and DIANA BARNARD, M.D.<br><br>Plaintiffs,<br><br>vs.<br><br>PHILLIP BRIAN SCOTT, Governor of Vermont, SUSANNE YOUNG, in her official capacity as Attorney General of Vermont, MARK LEVINE, M.D., in his official capacity as Vermont Commissioner of Health, DAVID K. HERLIHY, in his official capacity as Executive Director of Vermont Board of Medical Practice.<br><br>Defendants. | Civil Action No. 2:22-cv-160-wks |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All parties to this matter, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and a settlement agreement reached by the parties, stipulate that this matter is voluntarily dismissed without prejudice. Any action that includes some or all of the claims dismissed without prejudice may be filed without assessment of costs or any other obligation under Fed.R.Civ.P. 41(d). The parties shall bear their own costs and fees for this matter.

Dated: March 14, 2023

Respectfully submitted:

/s/ *Ronald A. Shems*

Ronald A. Shems
Tarrant, Gillies & Shems, LLP
44 East State Street
Montpellier, VT 05601
Tel. (802) 223-1112 ext. 109
ron@TarrantGillies.com
Counsel for Plaintiffs

2

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ David Boyd*

David Boyd
Assistant Attorney General
109 State Street
Montpelier, VT 05609
802-828-1101
David.Boyd@vermont.gov
Counsel for Defendants